IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-591-FDW-DCK

| | |
|---|---|
| LA VAPOR, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| L.A. VAPORS ELITE SMOKE SHOP, ARTHUR SANOYAN, SAS INDUSTRIES COMPANY LLC, and JOHN DOES 1-20, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Edward F. Roche, concerning Paro Astourian, on December 6, 2021. Paro Astourian seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Paro Astourian is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 7, 2021

David C. Keesler
United States Magistrate Judge