**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-591-FDW-DCK**

| | | |
|---|---|---|
| **LA VAPOR, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **L.A. VAPORS ELITE SMOKE SHOP, SAS** | ) | |
| **INDUSTRIES COMPANY LLC, ARTHUR** | ) | |
| **SANOYAN, and JOHN DOES 1-20,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay The Initial Attorneys' Conference" (Document No. 22) filed January 25, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in the interests of judicial economy and efficient case management, the undersigned will <u>grant</u> the motion with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay The Initial Attorneys' Conference" (Document No. 22) is **GRANTED with modification** as follows. Plaintiff may amend its Complaint on or before **February 4, 2022**. Defendants shall file an answer or otherwise respond to Plaintiff's Amended Complaint on or before **February 18, 2022**. The parties shall conduct an Initial Attorneys' Conference on or before **March 1, 2022**.

**SO ORDERED**.

Signed: January 27, 2022

David C. Keesler
United States Magistrate Judge