UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CV-00591-FDW-DCK

| | |
|---|---|
| LA VAPOR, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  ORDER |
| SKY SHOP INTERNATIONAL LLC *d/b/a* *L.A. VAPORS ELITE SMOKE SHOP*, | ) ) ) ) |
| Defendants. | ) ) |

THIS MATTER is before the Court on Defendant Arthur Sanoyan's ("**Sanoyan**") Motion to Dismiss for Failure to State a Claim, (Doc. No. 18), and the parties' Stipulation and Joint Motion, (Doc. No. 24).

On January 21, 2022, Plaintiff LA Vapor, Inc. filed a stipulation of dismissal without prejudice of all claims against Sanoyan. Thereafter, Sanoyan was terminated as a party in this action. Accordingly, Sanoyan's Motion to Dismiss, (Doc. No. 18), is DENIED AS MOOT.

On February 4, 2022, the parties filed a Stipulation and Joint Motion, wherein the parties seek amendment of the caption in this matter to reflect the caption on the Amended Complaint, (Doc. No. 25). For good cause shown, and for the reasons set forth in the parties' Motion, the Court GRANTS the Stipulation and Joint Motion, (Doc. No. 24), and the caption in this case shall now appear as follows:

LA VAPOR, INC., a California corporation,

Plaintiff,

v.

SKY SHOP INTERNATIONAL LLC, d/b/a
L.A. Vapors Elite Smoke Shop,
a North Carolina limited liability company.

Defendant.

IT IS SO ORDERED.

Signed: April 28, 2022

Frank D. Whitney
United States District Judge