UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00591-FDW-DCK

| | |
|---|---|
| LA VAPOR, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SKY SHOP INTERNATIONAL, LLC, d/b/a )<br>L.A. VAPORS ELITE SMOKE SHOP, )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* as to the status of this case. It appears the parties have resolved this case, (Doc. No. 46), and the case settlement deadline for filing a stipulation of dismissal has been set for December 27, 2022. However, this matter is docketed for trial beginning January 9, 2023, and pretrial submissions are required in advance of trial so that the Court can be prepared to proceed. Accordingly, the parties' jointly prepared pretrial submissions required under the Case Management Order in this matter, (Doc. No. 28), shall be due by December 27, 2022.

IT IS THEREFORE ORDERED that the parties shall file either the jointly prepared stipulation of dismissal or the jointly prepared pretrial submissions by December 27, 2022. A pretrial conference, if necessary, shall take place immediately following docket call on January 9, 2023, in Courtroom #5B of the Charles R. Jonas Building.

IT IS SO ORDERED.

Signed: November 29, 2022

Frank D. Whitney
United States District Judge